UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS LLC et al.,

    Defendants.

C16-1756 TSZ

MINUTE ORDER RESETTING TRIAL DATE AND RELATED DATES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Stipulated Motion to Continue Trial Date and Extend Existing Pretrial Deadlines, docket no. 47, submitted by the parties, the Court hereby resets the following deadlines:

| **BENCH TRIAL DATE** | **October 22, 2018** |
|---|---|
| Deadline for amending pleadings | January 15, 2018 |
| Disclosure of expert testimony | January 15, 2018 |
| Discovery motions filing deadline | March 15, 2018 |
| Discovery completion date | April 20, 2018 |
| Dispositive motions filing deadline | July 26, 2018 |

MINUTE ORDER RESETTING TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| Motions in limine filing deadline | September 20, 2018 |
| Agreed pretrial order due | October 5, 2018 |
| Trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony due | October 5, 2018 |
| Pretrial conference scheduled for | October 12, 2018 at 1:30 p.m. |

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
