**THE HONORABLE THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>        Plaintiff,<br><br>v.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>        Defendants. | NO. 2:16-cv-1756<br><br>**STIPULATED MOTION AND ORDER EXTENDING BRIEFING DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 21, 2017** |

**STIPULATION AND PROPOSED ORDER**

All parties, through their respective counsel undersigned, stipulate as follows:

1. Defendants filed a motion for summary judgment on December 21, 2017.

2. The motion is returnable as noted on the motion calendar on January 12, 2018.

3. The parties hereby stipulate and agree that the motion shall be adjourned for one week to be returnable and noted on the motion calendar on January 19, 2018.

4. The parties further stipulate and agree that Plaintiff's pending Motion to

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 21, 2017 - 1

1442928.01



Extend Briefing Schedule should be resolved solely on the basis of the substantive arguments made therein, and that Plaintiff withdraws his argument made in support of that motion that Defendants' filing of their summary judgment motion on December 21 was an attempt to take advantage of the holiday season.

DATED this 8th3rd day of January, 2018.

By */s/ David L. Tift*
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com
**Attorneys for RICHARD BRADDOCK**

By */s/ Elizabeth Yingling*
Elizabeth Yingling, TXBA #16935975
(admitted Pro Hac Vice)
BAKER & MCKENZIE LLP
2001 Ross Avenue, Ste. 2300
Dallas, TX 75201
Telephone: (214) 978-3039
Elizabeth.yingling@bakermckenzie.com

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 21, 2017 - 2

1442928.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

By */s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
yorkerwing@lanepowell.com
bradleyh@lanepowell.com
**Attorneys for Defendants ZAYCON FOODS, LLC, MICHAEL GIUNTA, JANE DOE GIUNTA**

By */s/ Geana M. Van Dessel*
Geana M. Van Dessel, WSBA #35969
LEE & HAYES, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4639
Fax: (509) 323-8979
GeanaV@leehayes.com
**Attorney for Defendants FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN and JANE DOE KREMIN**

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 21, 2017 - 3

1442928.01


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

# PROPOSED ORDER

The Court, having reviewed the stipulation of the parties, RENOTES defendants' Motion for Partial Summary Judgment, docket no. 50, to January 19, 2018.

DATED this 8th day of January, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:
RYAN SWANSON & CLEVELAND, PLLC

By */s/ David L. Tift*
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
dtrachtenberg@trflaw.com
lrodes@trflaw.com
**Attorneys for RICHARD BRADDOCK**

By */s/ Elizabeth Yingling*
Elizabeth Yingling, TXBA #16935975
(admitted Pro Hac Vice)
BAKER & MCKENZIE LLP

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 21, 2017 - 4

1442928.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

| | |
|---|---|
| 1 | 2001 Ross Avenue, Ste. 2300 |
| 2 | Dallas, TX 75201 |
|   | Telephone: (214) 978-3039 |
| 3 | Elizabeth.yingling@bakermckenzie.com |
| 4 | |
| 5 | By */s/ Heidi B. Bradley* |
|   | Heidi B. Bradley, WSBA #35759 |
| 6 | Genevieve York-Erwin, WSBA #49820 |
| 7 | |
|   | LANE POWELL PC |
| 8 | 1420 Fifth Avenue, Suite 4200 |
|   | P.O. Box 91302 |
| 9 | Seattle, WA 98111-9402 |
|   | Phone: (206) 223-7437 |
| 10 | Fax: (206) 223-7107 |
| 11 | yorkerwing@lanepowell.com |
|   | bradleyh@lanepowell.com |
| 12 | **Attorneys for Defendants ZAYCON FOODS, LLC, MICHAEL GIUNTA, JANE DOE** |
| 13 | **GIUNTA** |
| 14 | |
| 15 | By */s/ Geana M. Van Dessel* |
| 16 | Geana M. Van Dessel, WSBA #35969 |
|   | LEE & HAYES, PLLC |
| 17 | 601 W. Riverside Ave., Ste. 1400 |
|   | Spokane, WA 99201 |
| 18 | Telephone: (509) 944-4639 |
| 19 | Fax: (509) 323-8979 |
|   | GeanaV@leehayes.com |
| 20 | **Attorney for Defendants FRANK R.** |
|   | **MARESCA, JANE DOE MARESCA, MIKE** |
| 21 | **CONRAD, JANE DOE CONRAD, ADAM** |
|   | **KREMIN and JANE DOE KREMIN** |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINE OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 21, 2017 - 5

1442928.01

