1

2

3                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
4

5   RICHARD BRADDOCK,

6                       Plaintiff,
                                                C16-1756 TSZ
7          v.
                                                MINUTE ORDER
8   ZAYCON FOODS LLC, et al.,

                        Defendants.
9

10         The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

11         (1)    Plaintiff's Motion for Leave to File Amended Complaint, docket no. 55, is
    GRANTED pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff shall file the
12  first amended complaint no later than February 2, 2018.

13         (2)    Defendants' Partial Motion for Summary Judgment, docket no. 50, is
    STRICKEN without prejudice and with leave to refile after the first amended complaint
14  is filed, but no later than the existing dispositive motion deadline of July 26, 2018. *See*
    docket no. 48.

15
           (3)    Plaintiff's Motion to Extend Briefing Deadline in Response to Defendants'
16  Motion for Summary Judgment Filed December 21, 2017, docket no. 53, is STRICKEN
    as moot.

17
           (4)    The parties' stipulated motion, docket no. 72, is STRICKEN as moot.
18
           (5)    The Clerk is directed to send a copy of this Minute Order to all counsel of
19  record.

20         Dated this 22nd day of January, 2018.

                                           William M. McCool
21                                         Clerk

22                                         s/Karen Dews
                                           Deputy Clerk
23

MINUTE ORDER - 1