UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

        Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

        Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sets an in-court status conference for Friday, March 2, 2018, at 10:00 a.m.

(2) The parties shall file a Joint Status Report on or before February 28, 2018, addressing the status of discovery, the anticipated need for any discovery motions, the existence and status of any related cases, the possibility of resolving this matter through mediation, and any other issues the parties wish to discuss at the March 2, 2018, status conference.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1