UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

    Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 79, is GRANTED. The in-court status conference currently set for Friday, March 2, 2018, *see* docket no. 75, is RESCHEDULED for Thursday, March 8, 2018, at 10:00 a.m. All other deadlines will remain the same.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of February, 2018.

                                                William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1