UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

    Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the Stipulated Motion to Continue Trial Date and Extend Existing Pretrial Deadlines, docket no. 83, the Court hereby STRIKES the status conference previously scheduled for March 8, 2018, *see* docket no. 80, and STAYS this case for sixty (60) days from the date of this Minute Order. The parties are DIRECTED to file a joint status report on or before April 30, 2018.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of February, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1