# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

    Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' April 30, 2018, joint status report, docket no. 85, the Court hereby resets the following deadlines:

| **BENCH TRIAL DATE** | **January 22, 2019** |
|---|---|
| Discovery motions filing deadline | June 14, 2018 |
| Discovery completion date | July 20, 2018 |
| Dispositive motions filing deadline | October 25, 2018 |
| Motions in limine filing deadline | December 20, 2018 |
| Agreed pretrial order due | January 4, 2019 |

MINUTE ORDER - 1

| Trial briefs due | January 4, 2019 |
| --- | --- |
| Proposed findings of fact and conclusions of law, and designations of deposition testimony due | January 7, 2019 |
| Pretrial conference scheduled for | January 11, 2019 at 2:00 p.m. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2