THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof, MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof, and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,

    Defendants.

Case No. 2:16-cv-01756-TSZ

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISCOVERY MOTIONS**

## **STIPULATION**

Defendants Zaycon Foods, LLC, Frank Maresca, Jane Doe Maresca, Michael Giunta, Jane Doe Giunta, Mike Conrad, Jane Doe Conrad, Adam Kremin and Jane Doe Kremin move the court for an order extending the deadline for the parties to file motions related to discovery matters from June 14, 2018 to June 22, 2018. Defendants note that the extension will allow the parties to further meet and confer regarding any outstanding discovery disputes prior to filing any discovery motions. Plaintiff Braddock has no objection to this motion.

The parties stipulate and agree to the above.

STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE DISCOVERY MOTIONS - 1
CASE NO. 2:16-CV-01756-TSZ

131198.0001/7341691.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| DATED: June 14, 2018 | |
| BAKER & McKENZIE LLP | RYAN SWANSON & CLEVELAND, PLLC |
| By:*/s/ Elizabeth Yingling*<br>Elizabeth Yingling, TSB# 16935975<br>Meghan Hausler, TSB# 24074267<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone: 214-978-3039<br>Facsimile: 214-965-5972<br>Elizabeth.yingling@bakermckenzie.com<br>Meghan.hausler@bakermckenzie.com | By:*/s/ David L. Tift*<br>David L. Tift, WSBA #13213<br>Michael Jay Brown, WSBA #9224<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3034<br>Telephone: 206-464-4224<br>Facsimile: 206-583-0359<br>brown@ryanlaw.com<br>tift@ryanlaw.com |
| LANE POWELL PC | LANE POWELL PC |
| By:*/s/ Heidi B. Bradley*<br>Heidi B. Bradley, WSBA# 35759<br>Genevieve York-Erwin, WSBA# 49820<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone: 206-223-7437<br>Fascimile: 206-223-7107<br>bradleyh@laneowell.com<br>yorkerwing@lanepowell.com | By */s/ David Trachtenberg*<br>David G. Trachtenberg, NYSB #1671023<br>Leonard A. Rodes, NYSB 1927144<br>Trachtenberg Rodes & Friedberg LLC<br>545 Fifth Avenue, Suite 640<br>New York, NY 10017<br>Telephone: 212-972-2929<br>Facsimile: 212-972-7581<br>dtrachtenberg@trflaw.com |
| Attorneys for Defendants ZAYCON FOODS, LLC, and MICHAEL GIUNTA AND JANE DOE GIUNTA | Attorneys for Plaintiff Richard Braddock |
| LEE & HAYES, PLLC | |
| By:*/s/Geana M. Van Dessel*<br>Geana M. Van Dessel, WSBA #35969<br>Sarah E. Elsden, WSBA #51158<br>601 W. Riverside Avenue, Suite 1400<br>Spokane, WA 99201<br>Telephone: 509-944-4639<br>Facsimile: 509-323-8979<br>geanav@leehayes.com<br>sarah.elsden@leehayes.com | |
| Attorneys for Defendants Frank R. Maresca and Jane Doe Maresca, Mike Conrad and Jane Doe Conrad and Adam Kremin and Jane Doe Kremin | |

STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE DISCOVERY MOTIONS - 2
CASE NO. 2:16-CV-01756-TSZ

131198.0001/7341691.1

## ORDER

Based upon the stipulation of the parties, the Court herby GRANTS the stipulation to extend the deadline to file discovery motions as set forth above, effective upon entry of this Order. The deadline to file discovery motions is hereby extended from June 14, 2018 to June 22, 2018.

ENTERED this 22nd day of June, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE DISCOVERY MOTIONS - 3
CASE NO. 2:16-CV-01756-TSZ

131198.0001/7341691.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107