UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>      Plaintiff,<br><br>vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>      Defendants. | No. 2:16-cv-01756-TSZ<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY COMPLETION DEADLINE |

ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DISCOVERY COMPLETION DEADLINE

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1       Defendants Zaycon Foods, LLC, Frank Maresca, Michael Giunta, Mike Conrad, and Adam Kremin, pursuant to LCR 7(d)(2), moved the Court for an order extending the discovery completion deadline by thirty days. *See* Docket no. 99 ("Defendants' Motion"). Plaintiff did not oppose Defendants' Motion. For the reasons set forth in Defendants' Motion, the Court finds good cause exists, and extends the discovery completion date from July 20, 2018, to August 20, 2018. All other currently set dates identified in Dkt. #91 (other than the amended discovery motions deadline set forth in Dkt. #95) remain.

      DATED this 28th day of June, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

LEE & HAYES, PLLC

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
Sarah E. Elsden, WSBA #51158
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4639
Fax: (509) 323-8979
Email:   GeanaV@leehayes.com
Email:   Sarah.Elsden@leehayes.com

Attorneys for Defendants FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN and JANE DOE KREMIN

By: s/ Elizabeth Yingling
Elizabeth Yingling, TSB #16935975
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3039
Facsimile:  (214) 965-5972
Email: Elizabeth.yingling@bakermckenzie.com

ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DISCOVERY COMPLETION DEADLINE - 1
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By: s/ Heidi B. Bradley
Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
Email: bradleyh@lanepowell.com
Email: yorkerwing@lanepowell.com

Attorneys for Defendants ZAYCON FOODS, LLC and MICHAEL GIUNTA and JANE DOE GIUNTA

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY COMPLETION DEADLINE - 2
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979