UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>                Plaintiff,<br><br>vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>                Defendants. | No. 2:16-cv-01756-TSZ<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS |

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
TO FILE DISCOVERY MOTIONS

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

On June 26, 2018, Defendants moved the Court for an order extending the deadline to file discovery motions from the then-interim deadline to September 4, 2018.[1] *See* Dkt. # 96. At that time, Plaintiff did not stipulate to Defendants' request, however, the parties have since reached an agreement. The parties agree to ask the Court to extend the deadline to file discovery motions from June 22, 2018 to July 30, 2018. *See* Dkt. # 101.

Accordingly, Defendants respectfully ask the Court to vacate Defendants' motion, Dkt. # 96, as moot and grant this stipulated motion to continue the discovery motion deadline from June 22, 2018 to July 30, 2018. The parties believe this extension will not affect any of the Court's previously-set pretrial deadlines. *See* Dkt. ## 91, 101.

Respectfully submitted this 2nd day of July, 2018.

<u>By: s/ Geana M. Van Dessel</u>
Geana M. Van Dessel, WSBA #35969
Sarah E. Elsden, WSBA #51158
Lee & Hayes, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4639
Fax: (509) 323-8979
Email: GeanaV@leehayes.com
Email: Sarah.Elsden@leehayes.com

Attorneys for Defendants FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN and JANE DOE KREMIN

<u>By: s/ Elizabeth L. Yingling</u>
Elizabeth L. Yingling, TSB #16935975
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3039
Facsimile: (214) 965-5972
Email: Elizabeth.yingling@bakermckenzie.com

---

[1] Defendants previously filed a stipulated motion to extend the deadline for filing discovery motions by six business days to June 22, 2018. Dkt. # 94. The Court granted Defendants' stipulated motion extending the discovery motions deadline to June 22, 2018. Dkt. # 95.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS - 1
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By: s/ Heidi B. Bradley
Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
Email: bradleyh@lanepowell.com
Email: yorkerwing@lanepowell.com

Attorneys for Defendants ZAYCON FOODS, LLC
and MICHAEL GIUNTA and JANE DOE GIUNTA


By: s/ David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: brown@ryanlaw.com
Email: tift@ryanlaw.com

By: s/ David G. Trachtenberg
David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

Attorneys for RICHARD BRADDOCK

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS - 2
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# ORDER

Based upon the stipulation of the parties, docket no. 102, the Court finds good cause exists, and extends the deadline to file discovery motions from June 22, 2018, to July 30, 2018. All other requirements and deadlines imposed in docket nos. 91, 101 remain. Defendants' Motion to Continue Interim Discovery Motion Deadline is VACATED as moot.

DATED this 3rd day of July, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS - 3
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979