THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>    Plaintiff,<br><br> v.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>    Defendants. | NO. 2:16-cv-1756<br><br>**STIPULATED MOTION AND ORDER EXTENDING BRIEFING DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## STIPULATION AND ORDER

All parties, through their respective counsel undersigned, stipulate as follows:

1. The parties filed motions for partial summary judgment on October 24 and 25, 2018. Dkt. #s 119, 124.

2. The motions are returnable as noted on the motion calendar on November 16, 2018.

3. Good cause exists to alter the briefing schedule. The parties have agreed to this

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
NO. 2:16-cv-1756

1442928.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101·3034
206.464.4224 | Fax 206.583.0359

joint request in light of counsels' competing professional obligations and travel schedules and the fact that Thanksgiving is November 22, 2018 and the parties and counsel of record have family and travel plans in the days before and after November 22.

4. The parties hereby stipulate and agree to extend the deadlines to submit oppositions and replies to the summary judgment motions until December 3, 2018 and December 7, 2018, respectively, so that the deadlines do not fall on the Monday and Friday directly after the Thanksgiving holiday.

DATED this 5th day of November, 2018.

By *s/ David L. Tift*
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com
**Attorneys for RICHARD BRADDOCK**

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2
NO. 2:16-cv-1756

1442928.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

By s/ *Sarah E. Elsden*
   Sarah E. Elsden, WSBA #51158
   LEE & HAYES, PC
   601 W. Riverside Ave., Ste. 1400
   Spokane, WA 99201
   Telephone: (509) 944-4682
   Fax: (509) 323-8979
   Sarah.Elsden@leehayes.com
   **Attorney for Defendants FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN and JANE DOE KREMIN**

By *s/ Elizabeth L. Yingling*
   Elizabeth L. Yingling, TXBA #16935975
   (admitted Pro Hac Vice)
   BAKER & MCKENZIE LLP
   1900 North Pearl, Ste. 1500
   Dallas, TX 75201
   Telephone: (214) 978-3039
   Fax: (214) 965-5972
   Elizabeth.yingling@bakermckenzie.com

   *and*

   Heidi B. Bradley, WSBA #35759
   Genevieve York-Erwin, WSBA #49820
   LANE POWELL PC
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-9402
   Phone: (206) 223-7437
   Fax: (206) 223-7107
   yorkerwing@lanepowell.com
   bradleyh@lanepowell.com
   **Attorneys for Defendants ZAYCON FOODS, LLC, MICHAEL GIUNTA, JANE DOE GIUNTA**

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3
NO. 2:16-cv-1756

1442928.01


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

# ORDER

The Court, having reviewed the stipulation of the parties, finds that there is good cause to extend the deadlines to submit oppositions and replies to the pending partial summary judgment motions (Dkt. # 119 and Dkt. # 124) until December 3, 2018, and December 7, 2018, respectively, so that the deadlines do not fall on the Monday and Friday directly after the Thanksgiving holiday. Both motions are renoted to December 7, 2018.

DATED this 7th day of November, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

By *s/ David L. Tift*
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
dtrachtenberg@trflaw.com
lrodes@trflaw.com
**Attorneys for RICHARD BRADDOCK**

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - - 4
Case No. 2:16 cv 1756- TSZ

1798865.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

By /s/ *Sarah E. Elsden*
Sarah E. Elsden, WSBA #51158
LEE & HAYES, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Sarah.Elsden@leehayes.com
**Attorney for Defendants FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN and JANE DOE KREMIN**

By */s/ Elizabeth L. Yingling*
Elizabeth L. Yingling, TXBA #16935975
(admitted Pro Hac Vice)
BAKER & MCKENZIE LLP
1900 North Pearl, Ste. 1500
Dallas, TX 75201
Telephone: (214) 978-3039
Fax: (214) 965-5972
Elizabeth.yingling@bakermckenzie.com

*And*

Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
yorkerwing@lanepowell.com
bradleyh@lanepowell.com
**Attorneys for Defendants ZAYCON FOODS, LLC, MICHAEL GIUNTA, JANE DOE GIUNTA**

STIPULATED MOTION AND ORDER EXTENDING BRIEFING
DEADLINES FOR INDIVIDUAL DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - - 5
Case No. 2:16 cv 1756- TSZ

1798865.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101·3034
206.464.4224 | Fax 206.583.0359