1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

12

RICHARD BRADDOCK,

13

Plaintiff,

14

vs.

15

16
ZAYCON FOODS, LLC, a Washington
limited liability company; FRANK R.

17
MARESCA, JANE DOE MARESCA and the
marital community composed thereof;

18
MICHAEL GIUNTA, JANE DOE GIUNTA
and the marital community composed thereof;

19
MIKE CONRAD, JANE DOE CONRAD and

20
the marital community composed thereof; and
ADAM KREMIN, JANE DOE KREMIN and

21
the marital community composed thereof,

22

Defendants.

23

24

25

26

27

No. 2:16-cv-01756-TSZ

**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND EXISTING PRETRIAL DEADLINES**

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**STIPULATION**

Plaintiff Richard Braddock, and Defendants Zaycon Foods, LLC, Frank R. Maresca, Michael Giunta, Mike Conrad, and Adam Kremin (collectively, the "Parties"), by and through their attorneys of record, pursuant to LCR 7(d)(1) and LCR 10(g), submit this Stipulated Motion to Continue Trial Date and Existing Pretrial Deadlines (the "Stipulation").

The Parties stipulate to and jointly request an order continuing the current January 22, 2019 trial date, pretrial conference, and remaining pretrial deadlines until after the Court enters its decisions on the Parties' pending summary judgment motions. Dkt. #s 119, 124. The Parties also request that the Court schedule a status conference after the Court's decisions to schedule trial and reset the remaining pretrial deadlines.

**BACKGROUND**

By its Minute Order setting trial and pretrial deadlines entered on May 29, 2018, Dkt. # 91, the Court set this mater for trial on January 22, 2019, and established a case schedule of pretrial deadlines based on that trial date.

The Parties believe there is good cause for seeking a continuance of the trial date, pretrial conference, and pretrial deadlines. Accordingly, the Parties stipulate to and jointly move the Court for an order continuing the trial date and existing pretrial deadlines until after the Court enters decisions on the Parties' respective summary judgment motions. Dkt. #s 119, 124. The remaining pretrial deadlines are currently set as follows:

- Motions in limine filing deadline      December 20, 2018

- Agreed pretrial order deadline      January 4, 2019

- Trial briefs deadline      January 4, 2019

- Proposed finding of fact and conclusions      January 7, 2019
  of law, and designations of deposition
  testimony deadline

- Pretrial conference      January 11, 2019, 2:00 p.m.

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES - 1

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# DISCUSSION

The Parties have conferred and submit this stipulated motion in good faith.

At the outset of this action, the Parties moved to extend the trial date to allow additional time to complete discovery in this matter and in a related matter involving an insurance coverage dispute, among other reasons. Dkt. # 47. The Parties moved to extend the trial a second time to facilitate a "pencils down" stay of 90 days to concentrate efforts and resources on a potential settlement structure. Dkt. # 83. The Parties sought the extension after Plaintiff filed his First Amended Complaint and after the Court struck Defendants' Partial Motion for Summary Judgment without prejudice with leave to refile. Dkt. # 74.

The Parties have completed discovery and each side has moved for summary judgment on numerous claims. *See* Dkt. #s 119, 124. On October 24, 2018, Defendants Frank Maresca, Michael Giunta, Mike Conrad, and Adam Kremin (the "Individual Defendants") filed a motion for summary judgment on all claims against them. Dkt. # 119. On October 25, 2018, Plaintiff filed a partial summary judgment motion against all Defendants on his breach of contract claim and on Zaycon Foods, LLC's declaratory judgment counterclaim. Dkt. # 124.

Under the current schedule, the Parties must oppose each other's summary judgment motions on November 12, 2018, and replies in support thereof are due on November 16, 2018. Concurrently with the filing of this Stipulation, however, the Parties have jointly moved the Court to continue those deadlines by three weeks to accommodate counsels' competing professional obligations and travel schedules around the Thanksgiving holiday. If the Court grants the Parties' joint request to extend the opposition and reply deadlines, the Court will not be able to decide the Parties' dispositive motions until sometime after December 7, 2018. Even under the current schedule, the Parties would need to begin preparing for trial while the motions are under advisement.

Accordingly, the Parties have conferred with each other and, in the interest of conserving the Parties' and the Court's resources, respectfully request that the Court continue the January 22,

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES - 2

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1    2019 trial, the January 11, 2019 pretrial conference,[1] and the remaining pretrial deadlines until

2    after the Court enters its decisions. Otherwise, the Parties would need to incur substantial expense

3    to analyze and prepare motions in limine, trial briefs, and confer on the agreed pretrial order, among

4    other things, to prepare for trial on issues that may no longer be relevant after the Court enters its

5    decisions.  Continuing the trial date may also conserve judicial resources because the Parties will

6    be in a much better position to reengage in settlement discussions once the Court has decided the

7    pending dispositive motions.

8         For these reasons, the Parties believe there is good cause for continuing the trial date and

9    related pretrial deadlines until after the dispositive motions are decided. The Parties respectfully

10   submit that the requested continuance is in the best interest of all Parties and the Court.

11        AGREED TO AND STIPULATED this 5th day of November, 2018.

12
                                                    By: s/ Sarah E. Elden
13                                                  Sarah E. Elsden, WSBA #51158
                                                    Lee & Hayes, PC
14                                                  601 W. Riverside Ave., Ste. 1400
                                                    Spokane, WA 99201
15                                                  Telephone: (509) 944-4682
                                                    Fax: (509) 323-8979
16                                                  Email: Sarah.Elsden@leehayes.com

17
                                                    *Attorneys for Defendants Frank R. Maresca, Mike*
18                                                  *Conrad, and Adam Kremin*

19
                                                    By: s/ Elizabeth L. Yingling
20                                                  Elizabeth L. Yingling, TSB #16935975
                                                    1900 North Pearl, Suite 1500
21                                                  Dallas, Texas 75201
                                                    Telephone: (214) 978-3039
22                                                  Facsimile:  (214) 965-5972
                                                    Email: Elizabeth.yingling@bakermckenzie.com
23

24
                                                    *and*
25

26   ───────────────
     [1]  Alternatively, the Parties are amenable to reserving this date as a status conference date in the
27        event the Court has decided the pending summary judgment motions by then.

STIPULATED MOTION AND ORDER TO                LEE & HAYES, P.C.
CONTINUE TRIAL DATE AND EXISTING              601 West Riverside Ave., Suite 1400
PRETRIAL DEADLINES - 3                         Spokane, Washington 99201
Case No. 2:16-cv-1756-TSZ                      Telephone: (509) 324-9256 Fax: (509) 323-8979

Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
Email: bradleyh@lanepowell.com
Email: yorkerwing@lanepowell.com

*Attorneys for Defendants Zaycon Foods, LLC and Michael Giunta*


By: s/ David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: brown@ryanlaw.com
Email: tift@ryanlaw.com

By: s/ David G. Trachtenberg
David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

*Attorneys for Richard Braddock*

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES - 4

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**ORDER**

Based on the stipulation of the Parties, the Court finds good cause exists to continue the January 22, 2019, trial date and the remaining pretrial deadlines, as set forth in Dkt. # 91, until the Court enters its decisions on the Parties' respective pending summary judgment motions, Dkt. #s 119, 124.

After the Court enters orders on the pending summary judgment motions, the Court will set a status conference to set a new trial date and reset the remaining pretrial deadlines.

IT IS SO ORDERED.

Dated this 7th day of November, 2018.

_Thomas S. Zilly_
_____
Thomas S. Zilly
United States District Judge

Presented by:

By: s/ Sarah E. Elden
_____
Sarah E. Elsden, WSBA #51158

Lee & Hayes, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Email: Sarah.Elsden@leehayes.com

*Attorneys for Defendants Frank R. Maresca,*
*Mike Conrad, and Adam Kremin*

By: s/ Elizabeth L. Yingling
_____
Elizabeth L. Yingling, TSB #16935975

1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3039
Facsimile: (214) 965-5972
Email: Elizabeth.yingling@bakermckenzie.com

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES - 5
Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

*Attorneys for Defendants Zaycon Foods, LLC and Michael Giunta*

By: s/ David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224

RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: brown@ryanlaw.com
Email: tift@ryanlaw.com

By: s/ David G. Trachtenberg
David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144

Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

*Attorneys for Richard Braddock*

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND EXISTING
PRETRIAL DEADLINES - 6

Case No. 2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979