*The Honorable Thomas S. Zilly*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>                    Plaintiff,<br>vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>                    Defendants. | No: 2:16-CV-1756-TSZ<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS/COUNTER CLAIMANTS FRANK R. MARESCA, JANE DOE MARESCA, MIKE CONRAD, JANE DOE CONRAD, ADAM KREMIN, AND JANE DOE KREMIN |

THIS MATTER having come before the Court on the unopposed motion of counsel for Defendants/Counter Claimants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin, and Jane Doe Kremin, and the Court having reviewed said Motion and Declaration of Justin D. Park in support of said Motion, and the records on file with the Court, and the Court finding that Defendants/Counter Claimants Frank R. Maresca, Jane Doe

ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL - 1

Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin, and Jane Doe Kremin shall suffer no undue prejudice as a result of counsel's withdrawal,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Romero Park P.S.'s Motion for Leave to Withdraw as Counsel for Defendants/Counter Claimants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin, and Jane Doe Kremin is GRANTED. All further pleadings directed toward said Defendants/Counter Claimants shall be delivered to the current counsel, Sarah Elsden of Lee & Hayes, P.C.

DATED this 13th day of November, 2018.

Thomas S. Zilly
United States District Judge