**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>                  Plaintiff,<br><br>  vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>                  Defendants. | No. 2:16-cv-01756-TSZ<br><br>STIPULATION AND ORDER RENOTING PLAINTIFF'S AND INDIVIDUAL DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT |

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 1
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# STIPULATION

All parties, through their respective counsel undersigned, stipulate as follows:

1. The parties filed motions for partial summary judgment on October 24 and 25, 2018. Dkt. #s 119, 124.

2. The motions are currently noted on the motion calendar for December 7, 2018. Dkt. # 128.

3. Good cause exists to re-note the parties' summary judgment motions for the reasons set forth below.

4. Attorney Geana Van Dessel changed firms to Kutak Rock LLP effective October 1, 2018, and subsequently withdrew from the instant action. Dkt. # 115.

5. On December 3, 2018, attorney Van Dessel filed her Notice of Association of Counsel for Defendants Frank R. Maresca and Jane Doe Maresca. Dkt. # 137.

6. Attorney Van Dessel filed a Notice of Appearance for Defendants Michael Giunta and Jane Doe Giunta on December 4, 2018. Dkt. # 145.

7. As of the filing of this Stipulation, Attorney Van Dessel has not received a copy of her prior firm's client file, but has been advised it will be delivered tomorrow, December 6, 2018. Attorney Van Dessel will need to incorporate the file in her new firm's system, and have time to adequately participate in the preparation of the reply brief in support of the Individual Defendants' Motion for Partial Summary Judgment.

8. In addition, Attorney Van Dessel is traveling this week between Spokane and Portland, Oregon, and has other competing professional obligations, including briefing due this week, client meetings Friday, December 7 and a federal court appearance next week in Yakima, Washington.

9. Further, attorney Sarah E. Elsden, counsel for Defendants Maresca, Kremin, and Conrad, must travel to and appear in another federal court matter in Houston, Texas on Friday, December 7, 2018.

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 2
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

10. Counsel for Individual Defendants consulted with Plaintiff's Counsel, who agreed to stipulate to the request to re-note Defendants' summary judgment motion, in return for the same courtesy for Plaintiff's motion.

11. This request is not made for purposes of delay and will not prejudice the parties by extending the respective reply deadlines by one-week.

12. The parties stipulate and agree to re-note their respective summary judgment motions to December 14, 2018.

Respectfully stipulated and submitted this 5th day of December, 2018.

By s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #51158
LEE & HAYES, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Sarah.Elsden@leehayes.com

Attorney for Defendants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin and Jane Doe Kremin

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 West Riverside Avenue, Suite 800
Spokane, WA 99201-0506
Telephone: (509) 747-4040
Facsimile: (509) 747-4545
Geana.VanDessel@KutakRock.com

Attorneys for Defendant Frank R. Maresca and Jane Doe Maresca and Michael Giunta and Jane Doe Giunta

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 3
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By s/David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

Attorneys for Plaintiff Richard Braddock

By s/ Elizabeth Yingling
Elizabeth L. Yingling, TXBA #16935975
(admitted Pro Hac Vice)
BAKER & MCKENZIE LLP
1900 North Pearl, Ste. 1500
Dallas, TX 75201
Telephone: (214) 978-3039
Fax: (214) 965-5972
Elizabeth.yingling@bakermckenzie.com

By s/ Heidi B. Bradley
Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
yorkerwing@lanepowell.com
bradleyh@lanepowell.com

Attorneys for Defendants ZAYCON FOODS, LLC, MICHAEL GIUNTA, JANE DOE GIUNTA

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 4
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# ORDER

The Court, having reviewed the above stipulation, finds good cause exists to re-note the parties' respective Motions for Partial Summary Judgment (Dkt. # 119 and Dkt. # 124) from December 7, 2018, to December 14, 2018. Both parties' reply briefing will be due on the noting date, pursuant to local rule.

DATED this 6th day of December, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

By s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #51158
LEE & HAYES, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Sarah.Elsden@leehayes.com

Attorney for Defendants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin and Jane Doe Kremin

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 West Riverside Avenue, Suite 800
Spokane, WA 99201-0506
Telephone: (509) 747-4040
Facsimile: (509) 747-4545
Geana.VanDessel@KutakRock.com

Attorneys for Defendants Frank R. Maresca
Jane Doe Maresca, Michael Giunta, and
Jane Doe Giunta

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 5
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By s/ David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

By s/ David G. Trachtenberg
David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

Attorneys for Plaintiff Richard Braddock

By s/ Elizabeth L. Yingling
Elizabeth L. Yingling, TXBA #16935975
(admitted Pro Hac Vice)
BAKER & MCKENZIE LLP
1900 North Pearl, Ste. 1500
Dallas, TX 75201
Telephone: (214) 978-3039
Fax: (214) 965-5972
Elizabeth.yingling@bakermckenzie.com

By s/ Heidi B. Bradley
Heidi B. Bradley, WSBA #35759
Genevieve York-Erwin, WSBA #49820
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7437
Fax: (206) 223-7107
yorkerwing@lanepowell.com
bradleyh@lanepowell.com

Attorneys for Defendants Zaycon Foods, LLC, Michael Giunta, Jane Doe Giunta

STIPULATION AND ORDER
RE-NOTING THE PARTIES'
MOTIONS FOR SUMMARY JUDGMENT - 6
2:16-cv-1756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979