1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7    RICHARD BRADDOCK,

8                          Plaintiff,

9          v.

10   ZAYCON FOODS LLC, a Washington
     limited liability company; FRANK R.
11   MARESCA, JANE DOE MARESCA
     and the marital community composed          C16-1756 TSZ
12   thereof; MICHAEL GIUNTA, JANE
     DOE GIUNTA and the marital                  MINUTE ORDER
13   community composed thereof; MIKE
     CONRAD, JANE DOE CONRAD and
14   the marital community composed
     thereof; ADAM KREMIN, JANE DOE
15   KREMIN and the marital community
     composed thereof,
16
                           Defendants.
17

18        The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

19
          (1)     Pursuant to Local Rule 83.2(b)(4), Heidi Bradley and Genevieve York-
20   Erwin of Lane Powell PC and Elizabeth Yingling and Meghan Hausler of Baker &
     McKenzie LLP's Motion for Leave to Withdraw as Counsel for Zaycon Foods, LLC,
21   docket no. 131, is DENIED without prejudice.  The motion may be refiled after a default
     judgment is entered against Zaycon Foods, LLC.

22

23

     MINUTE ORDER - 1

1    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2

         Dated this 17th day of December, 2018.

3

4                                                    William M. McCool
                                                     Clerk

5
                                                     s/Karen Dews
6                                                    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2