UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

    Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

    Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court MODIFIES its April 19, 2019 Minute Order, docket no. 155, as follows:

    (a) Plaintiff's supplemental brief is due May 17, 2019;

    (b) Defendants' combined responsive brief is due June 7, 2019;

    (c) The May 29, 2019 hearing date is STRICKEN and will be reset if necessary; and

    (d) The Court RENOTES Individual Defendants' Motion for Partial Summary Judgment, docket no. 119, and Plaintiff's Motion for Partial Summary Judgment, docket no. 124, to June 7, 2019.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2