# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>Plaintiff,<br><br>vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>Defendants. | No. 2:16-cv-01756-TSZ<br><br>JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER |

JOINT STIPULATED MOTION TO DISMISS
WITH PREJUDICE AND ORDER
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Plaintiff Richard Braddock and Defendants Adam Kremin, Jane Doe Kremin,[1] and the marital community composed thereof, have reached a settlement agreement between them.

Pursuant to Federal Rule of Civil Procedure 41(a), LCR 7(d)(1), and LCR 10(g), and in accordance with the settlement agreement, Plaintiff Richard Braddock ("Braddock") and Defendants Adam Kremin, Amy Joy Kremin, and the marital community composed thereof (collectively, the "Kremins"), through their respective counsel, jointly move the Court for an order dismissing all claims asserted against one another with prejudice.

Specifically, Braddock moves to dismiss all of his claims against Defendants Adam Kremin, Amy Joy Kremin, and the marital community composed thereof, with prejudice. Adam Kremin moves to dismiss his counterclaims against Braddock with prejudice. Braddock and the Kremins further stipulate they shall each be responsible for their own attorneys' fees, costs, and expenses.

For the avoidance of doubt, Braddock is not hereby dismissing, and does not hereby intend to compromise or otherwise affect, any of his claims against any Defendant other than Adam Kremin, Amy Joy Kremin, and the marital community composed thereof.

Respectfully, the parties move the Court for an order of dismissal consistent with this joint stipulated motion.

Respectfully submitted this 17th day of May, 2019.

By: s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #51158
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Email: Sarah.Elsden@leehayes.com

*Attorneys for Defendants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin and Jane Doe Kremin*

---

[1] The name of Adam Kremin's wife at all times relevant to this action was and is Amy Joy Kremin. Therefore, the parties agree to substitute the name Amy Joy Kremin for Jane Doe Kremin in the Order of Dismissal.

JOINT STIPULATED MOTION TO DISMISS
WITH PREJUDICE AND ORDER – 1
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By *s/* David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: brown@ryanlaw.com
Email: tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com

*Attorneys for Plaintiff Richard Braddock*

JOINT STIPULATED MOTION TO DISMISS
WITH PREJUDICE AND ORDER – 2
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# ORDER OF DISMISSAL

The Court, having reviewed the Joint Stipulated Motion to Dismiss With Prejudice, docket no. 157, being fully advised,

IT IS ORDERED THAT all claims of Plaintiff Richard Braddock against Defendants Adam Kremin, Amy Joy Kremin, and the marital community composed thereof are dismissed WITH PREJUDICE;

All counterclaims of Defendant Adam Kremin against Plaintiff Richard Braddock are dismissed WITH PREJUDICE;

No claims or counterclaims as between Braddock and any Defendant other than Adam Kremin, Amy Joy Kremin, and the marital community composed thereof, are hereby dismissed; and

All Parties to this Joint Stipulated Motion to Dismiss With Prejudice shall bear their own costs, expenses, and attorneys' fees.

DATED this 21st day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

By s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #35969
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4639
Fax: (509) 323-8979
Email: Sarah.Elsden@leehayes.com

*Attorney for Defendants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad, Adam Kremin and Amy Joy Kremin*

JOINT STIPULATED MOTION TO DISMISS
WITH PREJUDICE AND ORDER – 1
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

By *s/* David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com
Email: lrodes@trflaw.com

*Attorneys for Plaintiff Richard Braddock*

JOINT STIPULATED MOTION TO DISMISS
WITH PREJUDICE AND ORDER – 2
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979