# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>ZAYCON FOODS, LLC, a Washington limited liability company; FRANK R. MARESCA, JANE DOE MARESCA and the marital community composed thereof; MICHAEL GIUNTA, JANE DOE GIUNTA and the marital community composed thereof; MIKE CONRAD, JANE DOE CONRAD and the marital community composed thereof; and ADAM KREMIN, JANE DOE KREMIN and the marital community composed thereof,<br><br>    Defendants. | No. 2:16-cv-01756-TSZ<br><br>JOINT STIPULATED MOTION TO EXTEND INDIVIDUAL DEFENDANTS' BRIEFING DEADLINE BY FOUR DAYS AND ORDER |

JOINT STIPULATED MOTION AND ORDER
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Plaintiff Richard Braddock and Defendants[1] Michael Giunta, Frank Maresca and Michael Conrad (collectively "Individual Defendants"), through their respective undersigned counsel, stipulate:

1. The parties filed motions for partial summary judgment on October 24, 2018, and October 25, 2018. Dkt. # 119, 124.

2. The Court issued a Minute Order on April 19, 2019, denying in part and deferring in part the motions for summary judgment and requested supplemental briefing. Dkt. # 155. On May 7, 2019, the Court issued a second Minute Order with the controlling briefing schedule. Dkt. # 156.

3. The Court re-noted the summary judgment motions for June 7, 2019 and made "Defendants' combined responsive brief" due June 7, 2019. *Id.*

4. Defendants request the Court extend their briefing deadline by four days – to June 13, 2019.

5. Plaintiff stipulates to this request after being informed of Ms. Van Dessel's unexpected sick days in the last week and of the multiple competing professional obligations of Individual Defendants' respective counsel Mrs. Elsden and Ms. Van Dessel (including a federal court criminal case that Ms. Van Dessel had to prioritize in light of an upcoming trial date and plea negotiations). Further, Ms. Van Dessel has to be in federal court in the EDWA on June 6, 2019 and possibly on June 7, 2019.

6. Counsel for Defendants, Mrs. Elsden and Ms. Van Dessel, are the only counsel involved in filing a combined supplemental brief for Individual Defendants in response to the Court's Order.

7. This extension is not sought for delay and this extension would not prejudice any party. This extension is requested only to ensure Individual Defendants are not prejudiced in their counsel's inability to give the attention and time necessary to complete the supplemental briefing by June 7.

///

///

---

[1] Defendant Adam Kremin was dismissed. Dkt. # 159.

JOINT STIPULATED MOTION AND ORDER – 1
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Respectfully submitted this 5th day of June, 2019.

By: s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #51158
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Fax: (509) 323-8979
Email: Sarah.Elsden@leehayes.com

*Attorneys for Defendants Frank R. Maresca, Jane Doe Maresca, Mike Conrad, Jane Doe Conrad*

s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 West Riverside Avenue, Suite 800
Spokane, WA 99201-0506
Telephone: (509) 747-4040
Facsimile: (509) 747-4545
Email: Geana.VanDessel@KutakRock.com

*Attorneys for Defendants Frank R. Maresca and Jane Doe Maresca and Michael Giunta and Jane Doe Giunta*

By *s/* David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: brown@ryanlaw.com
Email: tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com
*Attorneys for Plaintiff Richard Braddock*

JOINT STIPULATED MOTION AND ORDER – 2
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# ORDER

The Court, having reviewed the above stipulation, finds good cause exists to re-note the parties' respective Motions for Partial Summary Judgment (Dkt. # 119 and Dkt. # 124) from June 7, 2019, to June 14, 2019, and extend the deadline for Defendants' reply brief to June 13, 2019.

DATED this 6th day of June, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Sarah E. Elsden
Sarah E. Elsden, WSBA #51158
LEE & HAYES, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 944-4682
Facsimile: (509) 323-8979
Email: Sarah.Elsden@leehayes.com

Attorney for Defendants Frank R. Maresca,
Jane Doe Maresca, Mike Conrad, Jane Doe Conrad

s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 West Riverside Avenue, Suite 800
Spokane, WA 99201-0506
Telephone: (509) 747-4040
Facsimile: (509) 747-4545
Email: Geana.VanDessel@KutakRock.com

Attorneys for Defendants Frank R. Maresca
Jane Doe Maresca, Michael Giunta, and
Jane Doe Giunta

By *s/* David L. Tift
David L. Tift, WSBA #13213
Michael Jay Brown, WSBA #9224
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034

JOINT STIPULATED MOTION AND ORDER – 3
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Telephone: (206) 464-4224
Facsimile: (206) 583-0359
brown@ryanlaw.com
tift@ryanlaw.com

David G. Trachtenberg, NYSB #1671023
Leonard A. Rodes, NYSB #1927144
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue, Suite 640
New York, New York 10017
Phone: 212-972-2929
Fax: 212-972-7581
Email: dtrachtenberg@trflaw.com
Email: lrodes@trflaw.com

*Attorneys for Plaintiff Richard Braddock*

JOINT STIPULATED MOTION AND ORDER – 4
Case No. 2:16-CV-01756-TSZ

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979