UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

        Plaintiff,

v.

ZAYCON FOODS LLC, et al.,

        Defendants.

C16-1756 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on the deferred portions of Defendants' Motion for Partial Summary Judgment, docket no. 119, and Plaintiff's Motion for Partial Summary Judgment, docket no. 124, (*see* Minute Order, docket no. 155) for Wednesday, July 31, 2019, at 9:30 a.m.[1]

(2) At the hearing on July 31, 2019, the Court will set a trial date and other pretrial deadlines. The parties should be prepared to address counsels' availability for a bench trial to be set in November 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] After the Court's Minute Order, all claims against Defendants Kremin were dismissed by stipulation of the parties. *See* Order, docket no. 159.

MINUTE ORDER - 1