UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BRADDOCK,<br><br>                Plaintiff,<br><br>  v.<br><br>FRANK R. MARESCA, JANE DOE MARESCA, and the marital community composed thereof; and MIKE CONRAD, JANE DOE CONRAD, and the marital community composed thereof,<br><br>                Defendants. | C16-1756 TSZ<br><br>MINUTE ORDER |
| ZAYCON FOODS, LLC,<br><br>                Counterclaimant,<br><br>  v.<br><br>RICHARD BRADDOCK,<br><br>                Counter-Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court treats plaintiff's motion to expedite, docket no. 172, as a request for telephonic hearing, and GRANTS such motion. *See* Local Civil Rule 7(i); *see also* Local Civil Rule 6(b) (motions to shorten time (or expedite) have been abolished). The Court SETS a telephonic hearing on plaintiff's motion to continue trial, docket no. 170, for Friday, December 13, 2019, at 9:30 a.m. Any response to plaintiff's motion to

MINUTE ORDER - 1

continue trial shall be filed **by noon** on Thursday, December 12, 2019.  No reply shall be filed unless requested by the Court.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of December, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2