UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BRADDOCK,

　　　　　　Plaintiff,

　v.

FRANK R. MARESCA, JANE DOE MARESCA, and the marital community composed thereof; and MIKE CONRAD, JANE DOE CONRAD, and the marital community composed thereof,

　　　　　　Defendants.

C16-1756 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved and having confirmed that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The bench trial set for March 16, 2020, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 7th day of February, 2020.

　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1